# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

139706

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

EVA M. FRANSISCO,
      Plaintiff-Appellant,

v

                                    SC: 139706
                                    COA: 279839
                                    Cheboygan CC: 05-007495-CZ

MARK EDWARD SEVERANCE,
      Defendant-Appellee,

and

NORTHERN MICHIGAN METAL ROOFING,
L.L.C.,
      Defendant/Third-Party Plaintiff,

and

DURA-LOC ROOFING SYSTEMS, LTD.,
      Third-Party Defendant.

_____/

      On order of the Court, the application for leave to appeal the August 11, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

s0419